-FILED-
MAR 11 2024
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1:24CV111

Just another black man killed by police. The neighborhood association and the FMPD south west police also had the neighborhood electric company trying to murder me also I heard them from the electric company talking the gas stastion talking about every time they would aim I was playing my gotta have Gospel music No weapon shall come against me that I played every day from Feb 2020 all day long never no T.V. Just Gotta have gospel morning, noon, night and it was ~~the~~ Jesus that was with me and saved me and I still play it every day not as much but I play it every day. Cause of my my color as a poor Black man Attemped murder on Just a Black is not News Worthy cause Black Lifes Don't matter and so what the police tried to Kill me, and was going to make up a lie of why they killed me that It was Just another

Allstate Insure co. did not give me enough to keep up my Ins. on March 23, 2023 some man were in my home at 536 N. Belmont A.V. I was a hostage in my home again the police was still across the street at 525 and 537 the men in my house was trying to get the deed to my house taking my bank cards and taking money out my bank and my cash App and throwing me to the Floor and I was dogging lasers being aimmed at me from the police across the street on March 23, 2023 I abandoned my house they had took me downtown to get money out the bank my account was overdrafted $565.00 I did not go back with them I stayed downtown and walked to the VA hospital I stayed in the VA two weeks they sent me to Majestic care of carma, for Rehab I was walking a litt" bit.

1. I pray that the 12 officers that was trying to kill me on Attemped murder and for my suite The two house and two Lots plus the million prom. and 30 million for the Attemped murder cases.

Insurence allstates For Not covering me $135,000

Majuetic Nasing home $250,000

Nike Kerr $35,000 or $22,000 for not stand up to agree ments

Ted Jones
can't get Attorney's others to Help But Tom Blunt
317 216-7000

2m

Jesus was telling me to move my head & heart each time they had put the lasers on my head or heart. I was jumpping around and diving to the floor from aug 2021 to march 23, 2023 when I had to get away from the men in the house that had tryed to take me to the bank on that day the 23 of march. When they took me to the bank I did not go back. I walked to the V.A. Hospital.

I in up calling Nick Kerr ok midwest cash offer, when we meet. I told him I wanted $65,000 for my house he had seen the house and made me an offer of $42,000 I agreed we signed the papers. He said he was going back to the house. I had signed papers for everyone to vacate the house.

3<sup>M</sup>

After Mr. Kerr went to the house I think the people IN the house was telling him they were looking for the deed. and that the police was across to street had been trying to kill me and get the deed to the house.

Mr. Kerr came back after finding out that the men in the house was looking for the deed. and that the IMPD was going to be trying to kill me if I came back. He told me that the most he could was $19,000 or maybe $20,000 with fear in my heart of going back I had to agree to the $20,000. I was tiered afraid with no were to go.

When I looked at the posted selling price of my house it said sold for $54,000. So I feel he may have paid off IMPD or the men in the house the other $34,000 to keep me out.

So I called up Mr. Kerr and told him.

4m

Mr. Kerr told me it was not listed as sold for $54,000 that he would have to look into it and get back I have not heard back from him. Now I'm homeless with no money. After seeing that it posted sold for $54,000 I feel Mr. Kerr should have to pay me the remaining $34,000 or at less the other $22,000 from are first agreement. 2. I was Ilegally forced out my house in the first place. I don't know if there was Ilegally ation played a part in the buying of my house.

I would like to be paid the price my house was listed so for.

Teddie Ted B. Gross
teddiejws062@gmail.com
Brother's # 260 246 7689
Sister # 260 740 5958

1.  Midwest cash
        Offer

March 23, 2023. I Teddie B. Jones had to abandoned my home At 536 N. Belmont Av- Indpls, IN. 46222.

1. Cause I was taken over by some younger men. They were taking my money, stealing thing out my house trying to get the deed to my house and make me sign it over to them. The I.M.P.D. was Across the Street At 525-537 tapping my house and what was going on. They had gotten the house's about Aug 2020. With the intent to murder me in my house too take over my house They had been coming into my house trying to kill me. They had been aimming laser's At me making statements that I should be dead by monday Each weekend that they had aimmed

I ~~had fleded to~~ try and kill me. South west Dist. two officers moved into the two houses across the street from me, 525 and 537 N. Belmont Av about Aug, 2020 Feb 2, 2021 a female officer Blonde came to my house two times with diffendent women. the first woman brock out the window on the porch and pulled tv. and stuff out the window and throw it on the porch the second woman came about 2AM with the same officer and brock out my stomer door glass then At that time I became somewhat of a hostage in my home there was to men staying in my home that were selling drugs and taking drugs in my home that were going across the street talking to the police At 525 Belmont At this time I had to start bearead ing myself in my Room from time to time cause the men and the police

waking up at my bedroom trying to get in my room to kill me. the men were taking things that I had ordered online and mail out my mailbox giftcards and checks they sold my Ford F100 truck that I had rebuild. and parts I had for the truck and got into my shed and stoled all the tools Air pumps and everything I had in the shed. I had Insuree all state they gave me $1000 then $1800 all my windows and Doors inside was tore up holls in door throw paint on walls. At this time there were 12 officer's across the streets Aimming Laseses at my head and heart from Aug 12, 21 to Oct 19, 21 each time they aim at me as I was Jumpping around and diving to the floor I would call ann Sutton cheif of Public Defender 317 327-3982 Tom Gaunt Attorney 317 216-7000, amy Striburger 317 313-0987 V.A. Job coach, and Shirley Bibbs police complant cheif

They told me it was little time to investergate they would kill her, Oct 19, 21 They told me they aimmed 92 lasers at my head and heart that it was the worlds Record that 38 was the most, so they told me I get a million dollars the two 525 537 house and the two lots between. They had my lady friend to come over there and had her do odd set on them cause she had a cases in court room 23 that if she show me the check and deeds to the proplees but don't give them to me they would drop her cases and tell me to stand on the porch for they were going to kill me if I would have stood out there and not moved I tried to stand out there two times but I kept seeing them put a red light on the camara the 3th time I oped the door and said come back in the morning Dec 30, 2021 someone came to the house and took one of the men in the house Sherve Brown

4

took him around the corner on walnut st, and shot him 5 times in the back of his head. Jan 1, 2022 a man came to the house with 3 AK47s asking a white female who killed his cuz, Police came in got him, took him out then held every one in the house in hand cuff the white woman was gone it was just the four of us the two that I was renting a room too me and my female friend they held us for 7 hours in cuff waiting for warrant they was trying to say I was selling drugs. when In all the room and took my outside camra and my phones. then two of the men came back into my house kron brought his grate niece over she was 13 and they were having sex with her and the police across the streets knew it and never reported it and I had a chev s10, 2000 that was stooling

doing so of this I was going to the V.A. hospital I had went about four times a the men in my house started robbing me the people in the back room had moved out at this time all the windows in the house was brocken out and the police across the street was still aimming trying to kill me so jumpping and getting beat and Robbed in the house I had to abandoned my house march 23, 2023. Because of my color this is, and should be heard by the New But cause I'm a poor Black Man it has never be told

and the third south west police also had the neighborhood electric company trying to murder me also I heard them from the electric company talking the gas stastion talking about every time they would aim I was playing my Gotta have Gospel music No weapon shall come against me that I played every day from Feb 2020 all day longs never no T.V. Just Gotta have gospel morning, noon, night and it. was Jesus that was with me and saved me and I still play it every day not as much but I play it every day. cause of my my color as a poor Black man Attemped murder on Just a Black is not News worthy cause Black Lives Don't matter and so what the police tryed to kill me, and was going to make up a lie of why they killed me that it was Just Another

May the 2023 I was going out the door to walk to the smoking Area. There was a gesses Nust by the door one of the birds came At me and I fell they came out helpped me up. The was no blood preser taken or no medical nothing taten. Then I fell in my Room two times I cut on the call light both times NO one came to my Aide I had to get up the best I could I told them I was no given No medical treatment at all. Then I fell outside again no one came there was No xRays Never taken ON June 4, 2023 My familey member came and got me I could not walk at all when I got to Fort Wayne Ind I could no walk and I was shitting on myself I was taken to Parkview hospital underwent four surgerys to the Neck

2610 New Haven Ave.